UNITED STATES DISTRICT COURT
Eastern District of Virginia
Alexandria Division

Sunlust Pictures, LLC

    Plaintiff,

**Case No. 1:12cv1270**

v.

JOHN DOE

Defendant.

## PLAINTIFF'S WAIVER OF ORAL ARGUMENT

Plaintiff waives oral argument on its previously filed motion for discovery.

        Respectfully submitted,

DATED: November 9, 2012

        By: /s/ Timothy V. Anderson
        Timothy V. Anderson
        Anderson & Associates, PC
        2492 North Landing Rd Ste 104
        Virginia Beach, VA 23456
        757-301-3636 Tel
        757-301-3640 Fax
        timanderson@virginialawoffice.com
        *Attorney for Plaintiff*

CERTIFICATE OF MAILING

I CERTIFY that a true of copy of this motion and attached memorandum, along with the Complaint filed herein was mailed November 9, 2012 to the registered user as indicated on in this motion on file with the plaintiff.

By: /s/ Timothy V. Anderson
Timothy V. Anderson
Anderson & Associates, PC
2492 North Landing Rd Ste 104
Virginia Beach, VA 23456
757-301-3636 Tel
757-301-3640 Fax
timanderson@virginialawoffice.com
*Attorney for Plaintiff*